UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

TORI STATON,

                                    Plaintiff,

-against-

THE CITY OF NEW YORK, and P.O.s JOHN and JANE DOES #1-10

                                    Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

08 Civ 4423 (RJS)

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
               June 20, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                            City of New York
                                          *Attorney for Defendant City of New York*
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 788-0786

                                  By:          /s/
                                        Michael K. Gertzer

TO:    Rose M. Weber, Esq. (by ECF)