USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

**MEMO ENDORSED**

FAX: (212) 233-5633

TELEPHONE: (212) 748-3355

August 15, 2008

**BY MAIL**
Honorable Richard J. Sullivan
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:    *Tori Staton v. City of New York, et al.*, 08 Civ. 4423 (RJS)

Your Honor:

    The initial conference in the above-referenced matter is currently set for September 18, 2008 at 11:30 a.m. Plaintiff respectfully requests, with defendant's consent, that the conference be adjourned to September 19, 2008 at 9:30 a.m. I have consulted with Ms. Levine and understand that that time slot is available for the conference.

    Thank you for your consideration in this matter.

Respectfully,

Rose M. Weber (RW 0515)

cc:    Michael Gertzer, Esq. (by fax)

SO ORDERED
Dated: 8/20/8
RICHARD J. SULLIVAN
U.S.D.J.